Certificate Number: 05781-UT-DE-040296395

Bankruptcy Case Number: 25-26760



05781-UT-DE-040296395

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 10, 2025, at 3:06 o'clock PM PST, David Cunningham completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Utah.

Date:   November 10, 2025

By:   /s/Allison M Geving

Name:   Allison M Geving

Title:   President